

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | | |
|---|---|---|
| *Samantha C. Fasanello* | *970 Broad Street, Suite 700* | *Direct Dial: (973) 297-4388* |
| *Assistant United States Attorney* | *Newark, New Jersey 07102* | |

September 16, 2021

***Via Email and ECF***
Honorable Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

        Re:   <u>United States v. Nicholas Bucciarelli</u>
               Crim. Nos. 21-506 & 21-507

Dear Judge Hillman:

      The Government respectfully submits this letter in support of a joint request to adjourn the status conference currently scheduled for Monday, September 20, 2021 at 1:00 p.m. At Mr. Bucciarelli's arraignment on July 19, 2021, the Government represented that it anticipated producing discovery by the end of August. The Government has been producing Rule 16 discovery on a rolling basis, but has experienced some unexpected delays stemming from technical complications with certain media files, as well as delays in receiving responsive documents from the New Jersey Superior Court. The Government anticipates producing the remainder of the responsive materials currently in its possession by tomorrow, September 17.

      In order to afford counsel an adequate opportunity to review the discovery in advance of the status conference, the parties jointly request a three-week adjournment of Monday's appearance. Thank you for your consideration.

                                    Very truly yours,

                                    RACHAEL A. HONIG
                                    Acting United States Attorney

By: _____
          Robert Frazer
          Samantha C. Fasanello
          Assistant U.S. Attorneys

Cc: Robert N. Agre, Esq. (via E-mail and ECF)