Robert N. Agre, Esquire
Attorney ID #018951974
Law Offices of Agre & St. John
4 Kings Highway East
Haddonfield, NJ  08033
(856) 428-7797 – phone
(856) 428-7772 – facsimile
attyagre@gmail.com
Attorney for Def., Nicholas Bucciarelli

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO.:  1:21-cr-00506-NLH |
| Plaintiff | CRIM. NO.:  1:21-cr-00507-NLH |
| vs. | Hon. Noel L. Hillman, U.S.D.J. |
| NICHOLAS BUCCIARELLI, et al | **NOTICE OF MOTION FOR DISCLOSURE** |
| Defendant(s) | |

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Robert N. Agre, Esquire, attorney for Defendant, Nicholas Bucciarelli, shall move for an Order that the identities of the Confidential Human Source and Victim 1 be revealed to the defense, along with all surveillance locations occupied by law enforcement at the time of the alleged interactions between the confidential human source and Victim 1 and the Defendant.

Counsel will rely on the attached Certification.

*Robert N. Agre*
ROBERT N. AGRE, Esquire
Attorney for Def., Nicholas Bucciarelli

DATED: 9/22/2021