| | | |
|---|---|---|
| ROBERT N. AGRE<br>Certified Criminal Trial Attorney<br><br>CHRISTOPHER P. ST. JOHN | Law Offices of<br>**Agre & St. John**<br>4 Kings Highway East<br>Suite 101<br>Haddonfield, New Jersey 08033 | (856) 428-7797<br>Fax: (856) 428-7772<br><br>Email: attyagre@gmail.com |

June 14, 2022

*Via ECF and email to* Gladys_Novoa@njd.uscourts.gov

The Honorable Noel L. Hillman, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

  RE: Nicholas Bucciarelli
     21-506-001 / 21-507-001

Dear Judge Hillman:

  The above matter is scheduled for sentencing before Your Honor on Thursday, June 23, 2022, at 9:00 a.m.  I am respectfully requesting an adjournment of the Bucciarelli sentencing as I will be on trial in an ethics matter before the OAE on June 22nd and June 23rd.  I apologize for any inconvenience and will await the Court's advice.

  Thank you for your anticipated cooperation and courtesy.

            Respectfully,

            *s/Robert N. Agre*

            ROBERT N. AGRE

RNA/sjg

 Cc: AUSA Robert Frazer (via ECF filing and email to robert.frazer@usdoj.gov)
    AUSA Samantha Fasanello (via ECF filing and email to samantha.fasanello@usdoj.gov)
    Officer Maryellyn Muller (via email to maryellyn_muller@njp.uscourts.gov)